Alan E. Ferguson
CA Bar No. 103677
Attorney at Law
3200 4th Ave., Ste. 207
San Diego, CA 92103-5716
Tel.: 619-299-4999

Attorney for the Material Witness

**FILED**

AUG 1 5 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jan M. Adler)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> Emily Margaret Brodeur(1), ) <br> April Elizabeth Anderson(2), ) <br> Defendants. ) | Magistrate Case No. 06mg1263 <br> District Case No. 06cr1658-DMS <br><br> EX PARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |

I, Alan E. Ferguson, attorney for the material witness, Facunda Castillo-Perez, submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the Office of the United States Attorney to remand the material witness to the United States Immigration and Naturalization Service, and after the material witness was remanded to the custody of the Immigration and Naturalization Service for the return of the material witness to Mexico.

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the Court order the exoneration of the Material Witness Bond, and also order the Clerk of Court to return the cash security to the surety.

DATED: 8-12-06

_____
ALAN E. FERGUSON
Attorney for the Material Witness

14 R

1    IT IS HEREBY ORDERED that the personal surety bond which secured the presence of
2 material witness, Facunda Castillo-Perez, is exonerated.

4    IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00
5 held in the Registry of the Court to the Surety. The current address of the surety is noted below:

Felimon Perez Rosas
215 South Victoria Ave.
Corona, CA 92879
SSN:XXX-XX-1381.

DATED: 8/15/06

The Honorable Jan M. Adler
United States Magistrate Judge